1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

ARMANDO R. E.,

      Plaintiff,

    v.

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

      Defendant.

Case No. 2:22-cv-02907-GJS

**JUDGMENT**

     Pursuant to the Court's Memorandum Opinion and Order,

     IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings consistent with the Court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

DATED: May 5, 2023

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE